S3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED
MAY 1 0 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAIGE L. WHITE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-155 |
| | § | |
| RODOLFO WALSS, M.D., ET AL. | § | |

TYPE OF CASE:  __X__ CIVIL      ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON ENTRY OF FINAL JUDGMENT**
PLAINTIFF AND ALL COUNSEL MUST BE PHYSICALLY PRESENT
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED WITH THE COURT)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 11, 1999 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  MAY 7, 1999

TO:  MR. STEPHEN SMALL
     MR. JACK SKAGGS, JR.
     MR. MICHAEL COWEN
     MR. KENT HAMBY