56

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 1 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAIGE L. WHITE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-155 |
| | § | |
| RODOLFO WALSS, M.D., ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL         ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**HEARING ON ENTRY OF FINAL JUDGMENT**
PLAINTIFF AND ALL COUNSEL MUST BE PHYSICALLY PRESENT
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED WITH THE COURT)

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE**<br>**600 E. HARRISON STREET**<br>**BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|
| **JUNE 11, 1999 AT 2:00 P.M.** | **JUNE 24, 1999 AT 2:00 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 8, 1999

TO:   MR. STEPHEN SMALL
      MR. JACK SKAGGS, JR.
      MR. MICHAEL COWEN
      MR. KENT HAMBY