57

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED
JUN 23

United States District Court
Southern District of Texas
FILED
JUN 18 1999
Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAIGE L. WHITE | § |
| | § |
| VS. | § CIVIL ACTION NO. B-96-155 |
| | § |
| RODOLFO WALSS, M.D., ET AL. | § |

TYPE OF CASE:        __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been PASSED:**

TYPE OF PROCEEDING:

**HEARING ON ENTRY OF FINAL JUDGMENT**
(THIS HEARING WILL NOT BE RESET UNTIL U. S. DISTRICT JUDGE FILEMON B. VELA RULES ON PLAINTIFF'S MOTION TO DISQUALIFY U.S. MAGISTRATE JUDGE JOHN WM. BLACK.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 18, 1999

TO:     MR. STEPHEN SMALL
        MR. JACK SKAGGS, JR.
        MR. MICHAEL COWEN/MR. KEITH LIVESAY