AO456(Rev. 5/85) Notice



# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PAIGE L. WHITE

VS.

RODOLFO WALSS, M.D., ET AL

NOTICE

CIVIL CAUSE NO. B-96-155

United States District Court
Southern District of Texas
ENTERED
JUL 1 2 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Type of Case:

☒ CIVIL            ☐ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

**FRIDAY, JULY 16, 1999 AT 9:00 a.m.**

| Place: | Room No: 4, 3rd Floor |
|---|---|
| U.S Courthouse<br>600 E. Harrison. Street<br>Brownsville, Texas 78520 | Judge Filemon B. Vela's Courtroom |

**TYPE OF PROCEEDING**

**Plaintiff's Motion to Disqualify the Honorable U. S. Magistrage John Black**

☐ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*Lourdes Mardis*
(BY) DEPUTY CLERK

DATE: July 9, 1999