59

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 3 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Paige L. WHITE, | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. B-96-155 |
| | § | |
| Rodolfo WALSS, MD, et. al., | § | |
| Defendants. | § | |

ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY

Before this Court is Plaintiff's Motion to Disqualify the Honorable John Wm. Black, United States Magistrate Judge. After careful consideration of said motion, this Court is of the opinion that said motion being without legal merit, should be and is hereby DENIED.

It is further ORDERED that the hearing of said motion scheduled for July 16, 1999 at 9:00am is hereby CANCELED.

DONE this 13th day of July, 1999 at Brownsville, Texas.

Filemon B. Vela
United States District Judge