60

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## ORDER

United States District Court
Southern District of Texas
ENTERED
JUL 1 5 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAIGE L. WHITE | § § | |
| VS. | § | CIVIL ACTION NO. B-96-155 |
| RODOLFO WALSS, M.D., ET AL. | § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE AND HEARING ON ALL PENDING MATTERS**
PLAINTIFF AND ALL COUNSEL MUST BE PHYSICALLY PRESENT

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 30, 1999 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 13, 1999

TO:     MR. STEPHEN SMALL
        MR. JACK SKAGGS, JR.
        MR. MICHAEL COWEN
        MR. KENT HAMBY