68

United States District Court
Southern District of Texas
ENTERED

SEP 03 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 31 1999

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAIGE L. WHITE<br>PLAINTIFF<br>VS.<br><br>RODOLFO WALSS, M.D.<br>DEFENDANT<br><br><br>LAW OFFICE OF PRESTON HENRICHSON, P.C.<br>INTERVENOR<br><br>VS.<br><br>STEPHEN SMALL, TMLT and PAIGE L. WHITE<br>THIRD-PARTY DEFENDANTS<br><br><br>STEPHEN SMALL and PAIGE L. WHITE<br>THIRD-PARTY COUNTER CLAIMANTS<br><br>VS.<br><br>PRESTON HENRICHSON, INDIVIDUALLY, and D/B/A LAW OFFICES OF PRESTON HENRICHSON, P.C., and LAW OFFICES OF PRESTON HENRICHSON, P.C.<br>THIRD-PARTY COUNTER-CLAIM DEFENDANTS | § | CIVIL ACTION NO. B-96-155 |

FINAL JUDGEMENT

ON THIS the 31st day of August, 1999, came on to be heard the above-styled and numbered cause, wherein PAIGE L. WHITE (N/K/A PAIGE L. FLEMMING) is PLAINTIFF and RODOLFO WALSS, M.D. is DEFENDANT; LAW OFFICES OF PRESTON HENRICHSON, P.C. is

INTERVENOR; TEXAS MEDICAL LIABILITY TRUST and STEPHEN BRADLEY SMALL are INTERVENTION DEFENDANTS; PAIGE L. WHITE (N/K/A PAIGE L. FLEMMING) and STEPHEN BRADLEY SMALL are THIRD PARTY COUNTER-CLAIMANTS and PRESTON HENRICHSON and PRESTON HENRICHSON d/b/a LAW OFFICES OF PRESTON HENRICHSON, P.C. are THIRD PARTY COUNTERCLAIM DEFENDANTS.

The parties appeared by and through their attorneys of record on January 29, 1999, and announced a settlement agreement on the record, which they requested the Court adopt by way of Judgement, it is therefore,

ORDERED, ADJUDGED AND DECREED, that the Plaintiff Paige L. White (n/k/a Paige L. Flemming) have and recover from Defendant Rodolfo Walss, M.D. the sum of ONE HUNDRED FIFTY THOUSAND AND NO/100 ($150,000.00) and her taxable costs incurred in this litigation in both this court and the Cameron County District Court, subject to the claims of others to be distributed as hereinbelow set forth:

Distributions

IT IS ORDERED, ADJUDGED AND DECREED that of said $150,000 sum, the sum of ONE HUNDRED THOUSAND AND NO/100 DOLLARS ($100,000.00) be paid to PAIGE L. WHITE;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that of said $150,000 sum, the sum of TWENTY-ONE THOUSAND NINE HUNDRED AND NO/100 DOLLARS ($21,900.00), be paid to STEPHEN BRADLEY SMALL;



ClibPDF - www.fastio.com

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that of said $150,000 sum, the sum of TWENTY-ONE THOUSAND NINE HUNDRED AND NO/100 DOLLARS ($21,900.00), be paid to PRESTON HENRICHSON and LAW OFFICES OF PRESTON HENRICHSON, P.C. and their attorneys Michael Cowen and Ferriel C. Hamby, Jr. on behalf of Paige Flemming (f/k/a Paige White) and Stephen B. Small;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that of said $150,000 sum, the sum of SIX THOUSAND TWO HUNDRED AND 00/100 DOLLARS ($6,200.00), representing unpaid expert witness fees be paid to KEVIN J. DOODY, M.D.;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's taxable court costs prior to removal to this court shall be paid to LAW OFFICES OF PRESTON HENRICHSON, P.C. and the same are hereby taxed against Defendant Rodolfo Walss, M.D.;

IT IS FURTHER ORDERED that Plaintiff's taxable court costs commencing with the removal and litigation of this action in this court be paid to Stephen Bradley Small and the same are hereby taxed against Defendant Rodolfo Walss, M.D.;

**Releases**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties have released one another pursuant to the terms of the settlement agreement announced on the record, and that the same shall constitute their release of all claims and causes of action that were or could have been brought by any party against any other



ClibPDF - www.fastio.com

party, prior to the announcement of the settlement agreement on January 29, 1999, or which could be brought as a result of said settlement agreement.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties have also released one another from any claim having allegedly accrued as a result of the settlement agreement announced on the record and any additional claims, they may have against one another which have accrued through the entry of this Judgement on August 31, 1999, or which could be brought as a result of the entry of such Judgement;

**PENDING MOTIONS**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all motions filed in this case are hereby DENIED;

It further appearing to the Court that all sums adjudicated herein have been tendered by Texas Medical Liability Trust by checks dated February 18, 1999, and upon clearance of such checks in the aggregate sum of $150,000, this Judgement shall be deemed paid and satisfied;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Rodolfo Walss M.D., Texas Medical Liability Trust, Preston Henrichson and the Law Offices of Preston Henrichson, P.C., Paige L. Flemming and Stephen B. Small are discharged from civil liability to one another and that no execution shall issue for the said sums and this Judgement shall stand as fully satisfied and discharged as to all recoveries



ClibPDF - www.fastio.com

awarded herein, save and except all costs of Court, and that unless said costs be promptly paid, execution may issue therefore.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that except for this Agreed Judgement, all papers and documents in this Court's file are hereby ORDERED sealed by the District Clerk.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all relief that could have been made the subject of this lawsuit which is not herein granted is now hereby DENIED. This is a final Judgement.

SIGNED at Brownsville, Texas on this the 31st day of August, 1999.

JOHN Wm. BLACK
U.S. MAGISTRATE JUDGE



ClibPDF - www.fastio.com

AGREED TO AND APPROVED:

LAW OFFICES OF STEPHEN BRADLEY SMALL
P.O. Box 414678
Kansas City, Missouri 64141
(816) 842-6789 (TELEPHONE)
(816) 960-0111 (FAX)

By: ______________________
STEPHEN BRADLEY SMALL
Missouri State Bar No. 033097

ATTORNEY FOR PLAINTIFF

Preston Henrichson and
LAW OFFICES OF PRESTON HENRICHSON, P.C.
222 WEST CANO
EDINBURG, TEXAS 78539
(956) 383-3535 (TELEPHONE)
(956) 383-3585 (FAX)

By: ______________________
PRESTON HENRICHSON
State Bar No. 0947700

STAPLETON, LIVESAY & COWEN
1325 PALM BLVD.
BROWNSVILLE, TEXAS 78520
(956) 541-4981 (TELEPHONE)
(956) 504-3674 (FAX)

By: ______________________
MICHAEL R. COWEN
State Bar No. 13785007

ATTORNEY FOR INTERVENOR
LAW OFFICE OF PRESTON HENRICHSON, P.C.

ADAMS & GRAHAM, L.L.P.
222 E. VAN BUREN, WEST TOWER
HARLINGEN, TEXAS 78550
(956) 428-7495 (TELEPHONE)
(956) 428-2954 (FAX)

By: ______________________
FERRIEL C. HAMBY, JR.
State Bar No. 08817000



ClibPDF - www.fastio.com

ATTORNEYS FOR THIRD-PARTY
COUNTERCLAIM DEFENDANT
LAW OFFICE OF PRESTON HENRICHSON, P.C.

SWEETMAN, SKAGGS, LAWLER & FRANZ
855 EAST HARRISON
BROWNSVILLE, TEXAS 78520
(956) 544-4606 (TELEPHONE)
(956) 541-2117 (TELECOPIER)

By: ______________________
JACK C. SKAGGS, JR.
State Bar No. 18452020
FEDERAL I.D. NO. 1595
ATTORNEYS FOR DEFENDANT RODOLFO WALSS, M.D.

Paige L. Fleming
(f/k/a Paige L. White)

______________________



ClibPDF - www.fastio.com



TEXAS MEDICAL LIABILITY TRUST

"A health care liability claim trust created and endorsed by the Texas Medical Association"

PAYMENT DATE 02-18-99

CHECK # 027071

| CLAIM # | INSURED | AMOUNT PAID | COMMENTS |
|---|---|---|---|
| 18252 | Rodolfo J. Walss MD | 21,900.00 | SETTLEMENT |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER



TEXAS MEDICAL LIABILITY TRUST
INDEMNITY ACCOUNT
P.O. BOX 160140 PH. 512-425-5800
AUSTIN, TEXAS 78716-0140

CHASE BANK OF TEXAS, N.A.
P. O. BOX 5291
SAN ANGELO, TX 76902
88-88/1113

CHECK # 027071

PAY TWENTY ONE THOUSAND NINE HUNDRED DOLLARS AND NO CENTS

DATE 02-18-99

AMOUNT $21,900.00

TO THE ORDER OF PRESTON HENRICHSON

0691

FULL AND FINAL SETTLEMENT OF CAUSE #B-96-155 IN THE US DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

⑈027071⑈ ⑆111300880⑆ ⑈0630001 5099⑈

SECURITY FEATURES INCLUDED. DETAILS ON THE BACK



**TEXAS MEDICAL LIABILITY TRUST**

"A health care liability claim trust created and endorsed by the Texas Medical Association"

PAYMENT DATE 02-18-99

CHECK # 027070

| CLAIM # | INSURED | AMOUNT PAID | COMMENTS |
| --- | --- | --- | --- |
| 18252 | Rodolfo J. Walss MD | 100,000.00 | SETTLEMENT |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

TMLT **TEXAS MEDICAL LIABILITY TRUST**
INDEMNITY ACCOUNT
P.O. BOX 160140 PH. 512-425-5800
AUSTIN, TEXAS 78716-0140

CHASE BANK OF TEXAS, N.A.
P. O. BOX 5291
SAN ANGELO, TX 76902
88-88/1113

CHECK # 027070

PAY ONE HUNDRED THOUSAND DOLLARS AND NO CENTS

DATE 02-18-99

AMOUNT $100,000.00

TO THE ORDER OF PAIGE L. FLEMMING

0691

FULL AND FINAL SETTLEMENT OF CAUSE #B-96-155 IN THE US DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

⑈027070⑈ ⑆111300880⑆ ⑈06300015099⑈

SECURITY FEATURES INCLUDED. DETAILS ON THE BACK

ClibPDF - www.fastio.com



TEXAS MEDICAL LIABILITY TRUST

"A health care liability claim trust created and endorsed by the Texas Medical Association"

PAYMENT DATE 02-18-99

CHECK # 027073

| CLAIM # | INSURED | AMOUNT PAID | COMMENTS |
|---|---|---|---|
| 18252 | Rodolfo J. Walss MD | 6,200.00 | SETTLEMENT |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER



TEXAS MEDICAL LIABILITY TRUST
INDEMNITY ACCOUNT
P.O. BOX 160140 PH. 512-425-5800
AUSTIN, TEXAS 78716-0140

CHASE BANK OF TEXAS, N.A.
P. O. BOX 5291
SAN ANGELO, TX 76902
88-88/1113

CHECK # 027073

PAY SIX THOUSAND TWO HUNDRED DOLLARS AND NO CENTS

DATE 02-18-99

AMOUNT $6,200.00

TO THE ORDER OF KEVIN J. DOODY, MD

0691

FULL AND FINAL SETTLEMENT OF CAUSE #B-96-155 IN THE US DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

⑈027073⑈ ⑆111300880⑆ ⑈063000150991⑈

SECURITY FEATURES INCLUDED. DETAILS ON THE BACK

ClibPDF - www.fastio.com

 TEXAS MEDICAL LIABILITY TRUST

"A health care liability claim trust created and endorsed by the Texas Medical Association"

PAYMENT DATE 02-18-99

CHECK # 027072

| CLAIM # | INSURED | AMOUNT PAID | COMMENTS |
|---|---|---|---|
| 18252 | Rodolfo J. Walss MD | 21,900.00 | SETTLEMENT |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

TMLT TEXAS MEDICAL LIABILITY TRUST
INDEMNITY ACCOUNT
P.O. BOX 160140 PH. 512-425-5800
AUSTIN, TEXAS 78716-0140

CHASE BANK OF TEXAS, N.A.
P. O. BOX 5291
SAN ANGELO, TX 76902
88-88/1113

CHECK # 027072

PAY TWENTY ONE THOUSAND NINE HUNDRED DOLLARS AND NO CENTS

DATE 02-18-99

AMOUNT $21,900.00

TO THE ORDER OF STEPHEN B. SMALL

0691

FULL AND FINAL SETTLEMENT OF CAUSE #B-96-155 IN THE US DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

⑈027072⑈ ⑆111300880⑆ ⑈06300015099⑈

SECURITY FEATURES INCLUDED. DETAILS ON THE BACK

ClibPDF - www.fastio.com